IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>*Ex rel.* Jean-Marc Eichner and Brandon Loyd, and §<br>Jean-Marc Eichner and Brandon Loyd, Individually, §<br>　§<br>　　*Plaintiffs*, §<br>　§<br>vs. §<br>　§<br>Ocwen Loan Servicing, LLC; Ocwen Financial §<br>Corporation; U.S. Bank, National Association, *as* §<br>*Trustee*, on behalf of 457 Residential Mortgage Backed §<br>Securities Trust Defendants; Deutsche Bank National §<br>Trust Company, *as Trustee*, on behalf of 617 §<br>Residential Mortgage Backed Securities Trust §<br>Defendants; The Bank of New York Mellon Trust §<br>Company, N.A. f/k/a The Bank of New York Trust §<br>Company, National Association, The Bank of New §<br>York Mellon f/k/a The Bank of New York, and The §<br>Bank of New York Mellon Corporation f/k/a The Bank §<br>of New York Company, Inc., *as Successor-Trustees* to §<br>J.P. Morgan Chase Bank, N.A., on behalf of 329 §<br>Residential Mortgage Backed Securities Trust §<br>Defendants; Wells Fargo Bank, N.A., *as Trustee*, on §<br>behalf of 194 Residential Mortgage Backed Securities §<br>Trust Defendants, §<br>　§<br>　　*Defendants*. § | Case No. 4:19-cv-00524 |

**JOINT MOTION FOR LIMITED INITIAL DISCOVERY
AND DISCLOSURES**

All parties to this case, including Relators Jean-Marc Eichner and Brandon Loyd ("Relators"), Defendants Ocwen Loan Servicing, LLC, and Ocwen Financial Corporation ("Ocwen"), and additional Defendants that are sued on behalf of certain residential mortgage-

backed securitization trusts ("Trust Defendants"[1]), (collectively, the "Parties"), jointly file this motion for leave to conduct limited discovery and disclosures, and in support thereof would respectfully show as follows:

1. On May 6, 2022, the Ocwen Defendants filed a Motion to Dismiss (Dkt. 40) and the Trust Defendants filed a separate Motion to Dismiss (Dkt. 48) (collectively, the "Motions to Dismiss").

2. The Parties have extensively conferred in good faith regarding proposed limitations on discovery and disclosures in this case until the Court enters orders on the pending Motions to Dismiss. The Parties agree that focused discovery and disclosures during the pendency of the Motions to Dismiss will minimize the burden and expense to the Parties while providing certain discovery that the requesting Party believes is important to receive at this stage of the litigation.

3. The Court has substantial discretion to control discovery and the schedule for this case, including the authority to limit discovery while motions to dismiss are pending. *See Brown v. DFS Servs., L.L.C.*, 434 F. App'x 347, 352 (5th Cir. 2011); *see also Armstrong v. Cumberland Academy*, No. 6:20-cv-00526, 2021 WL 2784296, *2 (E.D. Tex. March 22, 2021) (granting motion to stay discovery pending ruling on motion to dismiss). Here, the Parties' request is well within the scope of the Court's discretion and does not seek a stay of all discovery. Instead, the Parties

---

[1] The Trust Defendants are identified in the Complaint as U.S. Bank National Association, as Trustee, on behalf of 457 Residential Mortgage Backed Securities Trust Defendants; Deutsche Bank National Trust Company, as Trustee, on behalf of 617 Residential Mortgage Backed Securities Trust Defendants; The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, National Association; The Bank of New York Mellon f/k/a The Bank of New York, and The Bank of New York Mellon Corporation f/k/a The Bank of New York Company, Inc., as Successor-Trustees to J.P. Morgan Chase Bank, N.A., on behalf of 329 Residential Mortgage Backed Securities Trust Defendants; Wells Fargo Bank, N.A., as Trustee, on behalf of 194 Residential Mortgage Backed Securities Trust Defendants.

jointly seek leave to temporarily limit discovery and disclosure obligations in this case until after the Court enters orders on the Motions to Dismiss.

4. The Parties also believe that receipt of the specified discovery at this stage will allow them to better define their ultimate discovery needs and allow the remainder of discovery, if any, to proceed more efficiently and potentially minimize future discovery disputes.

5. Attached as Exhibit A is an identification of the particular discovery that the Parties have agreed to pursue while the Motions to Dismiss are pending. The Parties' Proposed Order provides agreed procedures for further discovery in the event that the Court denies all or part of the pending Motions to Dismiss.

6. The Parties respectfully request that the Court enter the proposed order submitted with this Joint Motion, and modify the Court's Order Governing Proceedings (Dkt. 50) accordingly.

Dated: June 27, 2022                                                Respectfully submitted,

| | |
|---|---|
| */s/ Samuel L.Boyd* | */s/ Roger D. Sanders* |
| Samuel L. Boyd | Roger D. Sanders |
|   Texas Bar No. 02777500 |   Texas Bar No. 17604700 |
|   sboyd@boydfirm.com |   rsanders@somlaw.net |
| Catherine C. Jobe | J. Michael Young |
|   Texas Bar No. 10668280 |   Texas Bar No. 00786465 |
|   cjobe@boydfirm.com |   myoung@somlaw.com |
| BOYD & ASSOCIATES | Sanders, Motley Young, & Gallardo, PLLC |
| 6440 North Central Expressway, Suite 600 | III South Travis |
| Dallas, Texas 75206-4101 | Sherman, TX 75090 |
| Telephone: (214) 696-2300 | Telephone: (903) 892-9133 |
| Facsimile: (214) 363-6856 | Facsimile: (903) 892-4300 |
| | |
| | LOCAL COUNSEL FOR QUI TAM PLAINTIFFS/RELATORS |
| | |
| */s/ Jeffrey R. Bragalone* | |
| Jeffrey R. Bragalone | |
|   Texas Bar No. 02855775 | |
|   jbragalone@bosfirm.com | |
| Daniel F. Olejko | |
|   Texas Bar No. 24108897 | |
|   dolejko@bosfirm.com | |
| Bragalone Olejko Saad, P.C. | |
| 901 Main St., Suite 3800 | |
| Dallas, Texas 75202 | |
| Telephone: (214) 785-6670 | |
| Facsimile: (214) 785-6680 | |
| | |
| COUNSEL FOR QUI TAM PLAINTIFFS/RELATORS | |

*/s/ Robert T. Mowrey*
Robert T. Mowrey
  Texas Bar No. 14607500
  wmowrey@lockelord.com
W. Scott Hastings
  Texas Bar No. 24002241
  shastings@lockelord.com
C. Scott Jones
  Texas Bar No. 24012922
  sjones@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

ATTORNEYS FOR DEFENDANTS
OCWEN LOAN SERVICING, LLC AND
OCWEN FINANCIAL CORPORATION

   */s/ James A. Reeder, Jr.*
James A. Reeder, Jr.
  Texas Bar No. 16695010
JONES DAY
717 Texas St., Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600

Michael P. Conway
  *Pro Hac Vice*
  mcconway@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782.3939
Facsimile: (312) 782-8585
Howard F. Sidman
  *Pro Hac Vice*
  hfsidman@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

ATTORNEYS FOR DEFENDANTS WELLS
FARGO BANK, N.A., AS TRUSTEE, ON
BEHALF OF CERTAIN RESIDENTIAL
MORTGAGE-BACKED SECURITIES
TRUST DEFENDANTS

  */s/ Stephanie Barnes*
Stephanie Barnes
  Texas Bar No. 24045696
  sbarnes@plunksmith.com
PLUNK SMITH, PLLC
1701 Legacy Dr., Suite 2000
Frisco, TX 75034
Telephone: (972) 370-3333
Facsimile: (972) 294-5274

Douglas W. Baruch
  *Pro Hac Vice*
  douglas.baruch@morganlewis.com
Jennifer M. Wollenberg
  *Pro Hac Vice*
  jennifer.wollenberg@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
Michael S. Kraut
  *Pro Hac Vice*
  michael.kraut@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

ATTORNEYS FOR DEFENDANTS U.S.
BANK NATIONAL ASSOCIATION, AS
TRUSTEE, ON BEHALF OF CERTAIN
RESIDENTIAL MORTGAGE-BACKED
SECURITIES TRUST DEFENDANTS;
DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE, ON BEHALF
OF CERTAIN RESIDENTIAL MORTGAGE
-BACKED SECURITIES TRUST
DEFENDANTS; THE BANK OF NEW
YORK MELLON TRUST COMPANY,
N.A., AS SUCCESSOR-TRUSTEE, ON
BEHALF OF CERTAIN RESIDENTIAL
MORTGAGE-BACKED SECURITIES
TRUST DEFENDANTS; THE BANK OF

NEW YORK MELLON, AS SUCCESSOR-TRUSTEE, ON BEHALF OF CERTAIN RESIDENTIAL MORTGAGE-BACKED SECURITIES TRUST DEFENDANTS; THE BANK OF NEW YORK MELLON CORPORATION

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 27th day of June, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

*/s/ Jeffrey R. Bragalone*
Jeffrey R. Bragalone
