IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEAN-MARC EICHNER and BRANDON LOYD, <br><br> Relators, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, et al., <br><br> Defendants. | Civil Action No. 4:19-cv-00524-ALM |

**DECLARATION OF JENNIFER M. WOLLENBERG IN SUPPORT OF
TRUST DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
ON RES JUDICATA GROUNDS FOR CLAIMS BASED ON
CONDUCT THROUGH FEBRUARY 17, 2017**

I, Jennifer M. Wollenberg, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am admitted *pro hac vice* to the Bar of this Court and am a partner with the law firm of Morgan, Lewis & Bockius LLP, attorneys for U.S. Bank National Association, Deutsche Bank National Trust Company, The Bank of New York Mellon Trust Company, N.A., and The Bank of New York Mellon, each acting solely in its capacity as trustee for certain Defendant Residential Mortgage Backed Securities ("RMBS") Trusts listed in the Amended Complaint (the "Trusts"). Together with Wells Fargo Bank, N.A., also acting solely in its capacity as trustee for certain Defendant RMBS Trusts listed in the Amended Complaint, these Defendants are referred to as the "Trust Defendants."

2. I submit this declaration in support of the Trust Defendants' Motion for Partial Summary Judgment on Res Judicata Grounds for Claims Based on Conduct Through February 17, 2017 in the above-referenced Action. I base this declaration on my own personal knowledge,

publicly available documents, the files maintained by my law firm for this Action, and all other proceedings, papers, and discovery in this Action.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Order of dismissal entered by this Court in *United States ex rel. Fisher v. Ocwen Loan Servicing, LLC*, No. 4:12-CV-543 (E.D. Tex.) on May 19, 2017 at CM/ECF docket no. 593.

4. Attached hereto as **Exhibit B** is a true and correct copy of Relators' Fourth Amended Complaint filed in *United States ex rel. Fisher v. Ocwen Loan Servicing, LLC*, No. 4:12-CV-543 (E.D. Tex.) on April 17, 2015 at CM/ECF docket no. 126.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpted pages from Relators' Initial Mandatory Disclosures in this Action, served on the Trust Defendants via email on April 14, 2023. In accordance with Local Rule CV-7(b), the cited portions of this exhibit have been highlighted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 11, 2024, in Washington, D.C.

_____
Jennifer M. Wollenberg