IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**UNITED STATES OF AMERICA,**
ex rel. **JEAN-MARC EICHNER**, *et al.*,

    **Plaintiff,**

v.                                    Case No. 4:19-CV-00524-ALM

**OCWEN LOAN SERVICING, LLC,**
*et al.*,

    **Defendants.**

_____

**ORDER**

The Court has reviewed the United States' Motion to Intervene in Part and to Dismiss in Part, and the motion is GRANTED.

1. Good cause having been shown, the United States' motion to Intervene in Part is granted.

2. Relators' claims against any Defendant in this action for violations of the FCA that accrued on or before February 17, 2017, are DISMISSED with prejudice to Relators and without prejudice to the United States.