IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *Ex rel.* Jean-Marc Eichner and Brandon Loyd, and Jean-Marc Eichner and Brandon Loyd Individually, <br><br>Plaintiffs, <br><br>vs. <br><br>Ocwen Loan Servicing, LLC; Ocwen Financial Corporation; U.S. Bank, National Association, *as Trustee*, on behalf of 457 Residential Mortgage Backed Securities Trust Defendants; Deutsche Bank National Trust Company, *as Trustee*, on behalf of 617 Residential Mortgage Backed Securities Trust Defendants; The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, National Association, The Bank of New York Mellon f/k/a The Bank of New York, and The Bank of New York Mellon Corporation f/k/a The Bank of New York Company, Inc., *as Successor-Trustees* to J.P. Morgan Chase Bank, N.A., on behalf of 329 Residential Mortgage Backed Securities Trust Defendants; Wells Fargo Bank, N.A., *as Trustee*, on behalf of 194 Residential Mortgage Backed Securities Trust Defendants, <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 4:19-cv-00524-ALM |

**ORDER GRANTING OCWEN'S MOTION FOR LEAVE
TO FILE EXHIBIT UNDER SEAL**

Having considered Defendants Ocwen Financial Group and Ocwen Loan Servicing, LLC ("Ocwen") Motion for Leave to File Exhibit Under Seal (the "Motion for Leave" - Dkt. #206), to which no response was filed, the exhibit attached thereto, and the Amended Protective Order (Dkt. #117), the Court finds that the Motion for Leave should be, and hereby is, GRANTED. Accordingly, the Court instructs the Clerk to file the deposition excerpts from the Deposition of Jean-March Eichner UNDER SEAL.

**IT IS SO ORDERED**.

**SIGNED this 12th day of March, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE