# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JEAN-MARC EICHNER and BRANDON LOYD and JEAN-MARC EICHNER AND BRANDON LOYD, Individually<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et al. | § § § § § § § § § Civil Action No. 4:19cv524<br>Judge Mazzant |

## ORDER SETTING TRIAL

The Court hereby specially sets the Jury Selection and Jury Trial of this case for *Monday, February 2, 2026,* at *10:00 a.m*. at the *Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090.*

IT IS SO ORDERED.

SIGNED this 8th day of April, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE