**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEAN-MARC EICHNER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, *et al.*,<br><br>    Defendants. | **PUBLIC VERSION**<br><br>Civil Action No. 4:19-cv-00524-ALM |

**DECLARATION OF MARK M.R. DOUGLASS IN SUPPORT OF
RELATORS' RESPONSE IN OPPOSITION TO OCWEN'S MOTION FOR
SUMMARY JUDGMENT BASED ON THE FALSE CLAIMS ACT FAILING
TO CONFER DISCRETIONARY AUTHORITY ON RELATORS**

I, Mark M.R. Douglass, make the following declaration based on my own personal knowledge and, if called to testify before the Court, could and would testify as follows:

1.    I am a licensed attorney admitted to practice in the State of Texas and the U.S. District Court for the Eastern District of Texas. I am an attorney of the law firm of Bragalone Olejko Saad PC, and counsel of record for Relators Jean-Marc Eichner and Brandon Loyd.

2.    Attached hereto as **Exhibit A** is a true and correct copy of the December 2018 Remediation Working Group Report produced by Ocwen as OCW-EI-17009527-51.

3.    Attached hereto as **Exhibit B** is a true and correct copy of the January 2018 Remediation Working Group Report produced by Ocwen as OCW-EI-17009583-634.

4.    Attached hereto as **Exhibit C** is a true and correct copy of the January 2019 Remediation Working Group Report produced by Ocwen as OCW-EI-17009635-65.

1

5.    Attached hereto as **Exhibit D** is a true and correct copy of the July 2017 Remediation Working Group Report produced by Ocwen as OCW-EI-17009666-700.

6.    Attached hereto as **Exhibit E** is a true and correct copy of the July 2018 Remediation Working Group Report produced by Ocwen as OCW-EI-17009701-37.

7.    Attached hereto as **Exhibit F** is a true and correct copy of the May 2017 Remediation Working Group Report produced by Ocwen as OCW-EI-17009810-29.

8.    Attached hereto as **Exhibit G** is a true and correct copy of the November 2017 Remediation Working Group Report produced by Ocwen as OCW-EI-17009830-67.

9.    Attached hereto as **Exhibit H** is a true and correct copy of the November 2018 Remediation Working Group Report produced by Ocwen as OCW-EI-17009868-89.

10.    Attached hereto as **Exhibit I** is a true and correct copy of the October 2017 Remediation Working Group Report produced by Ocwen as OCW-EI-17009890-918.

11.    Attached hereto as **Exhibit J** is a true and correct copy of the September 2017 Remediation Working Group Report produced by Ocwen as OCW-EI-17009919-57.

12.    Attached hereto as **Exhibit K** is a true and correct copy of the September 2018 Remediation Working Group Report produced by Ocwen as OCW-EI-17009958-80.

13.    Attached hereto as **Exhibit L** is a true and correct copy of the October 2018 Remediation Working Group Report produced by Ocwen as OCW-EI-17009981-10005.

14.    Attached hereto as **Exhibit M** is a true and correct copy of the February 2019 Remediation Working Group Report produced by Ocwen as OCW-EI-17010006-30.

15.    Attached hereto as **Exhibit N** is a true and correct copy of the August 24, 2020 Remediation Committee Meeting produced by Ocwen as OCW-EI-17011869-89.

16.    Attached hereto as **Exhibit O** is a true and correct copy of Ocwen's 2017 Subsequent

Certification produced by Ocwen as OCW-EI-00000159-89.

17. Attached hereto as **Exhibit P** is a true and correct copy of Ocwen's 2018 Subsequent Certification produced by Ocwen as OCW-EI-00000186-209.

18. Attached hereto as **Exhibit Q** is a true and correct copy of Ocwen's 2019 Subsequent Certification produced by Ocwen as OCW-EI-07024380-401.

19. Attached hereto as **Exhibit R** is a true and correct copy of an internal Ocwen email chain discussing unreported HAMP loans produced by Ocwen as OCW-EI-07014348-57.

20. Attached hereto as **Exhibit S** is a true and correct copy of the January 23, 2015 Gibbs & Bruns letter to Trustees including Bank of New York Mellon, U.S. Bank National Association, Deutsche Bank National Trust Co., and Wells Fargo Bank, N.A. produced by Deutsche Bank as Eichner-DB-00554360-79.

21. Attached hereto as **Exhibit T** is a true and correct copy of excerpts from the February 19, 2025, deposition transcript of Kevin Leslie as a corporate representative of Wells Fargo Bank, N.A.. In accordance with Local Rule CV-7(b), the cited portions of this Exhibit T have been highlighted.

22. Attached hereto as **Exhibit U** is a true and correct copy of excerpts from the December 17, 2024, deposition transcript of Relator Jean-Marc Eichner. In accordance with Local Rule CV-7(b), the cited portions of this Exhibit U have been highlighted.

23. Attached hereto as **Exhibit V** is a true and correct copy of the Third Amended and Supplemental Report of David Pawlowski Dated June 30, 2025.

24. Attached hereto as **Exhibit W** is a true and correct copy of the C-BASS 2006-CB5 Pooling and Servicing Agreement produced by U.S. Bank National Association as Eichner-USB-000015480-630.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2025, in Dallas, Texas.


*/s/ Mark M.R. Douglass*
Mark M.R. Douglass