**EXHIBIT A IS REDACTED IN ITS ENTIRETY**