**EXHIBIT B IS REDACTED IN ITS ENTIRETY**