**EXHIBIT C IS REDACTED IN ITS ENTIRETY**