**EXHIBIT D IS REDACTED IN ITS ENTIRETY**