**EXHIBIT E IS REDACTED IN ITS ENTIRETY**